**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth W. BATES, Defendant–Appellant.**

No. 00–7598.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2001.

Decided April 19, 2001.

Kenneth W. Bates, pro se. Steven Michael Dettelbach, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kenneth W. Bates seeks to appeal the district court's order denying his habeas corpus petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bates,* No. CA–00–2689–AW (D.Md. Sept. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*